UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY HUDSON and LISA HUDSON, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 18-cv-11574 |
| -vs- | )<br>) Hon. Judge Avern Cohn |
| GENERAL MOTORS LLC, | )<br>) |
| Defendant. | ) |

**STIPULATION TO DISMISS THE CLAIMS OF THE PUTATIVE CLASS IN PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs, Anthony Hudson and Lisa Hudson, and Defendant General Motors, LLC, through their undersigned counsel, hereby agree and stipulate to the dismissal of all claims of the putative class in Plaintiffs' First Amended Complaint without prejudice.

Dated: April 9, 2019

STIPULATED AND AGREED BY:

/s/
Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

/s/
Terri S. Reiskin
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8609
Fax: (855) 216-7884
treiskin@dykema.com

Brittany J. Mouzourakis (P78812)

1

dedelman@edcombs.com
ccombs@edcombs.com
dkim@edcombs.com

Daniel G. Romano (P49117)
Romano Law PLLC
23880 Woodward Ave.
Pleasant Ridge, MI 48069-1133
(248) 750-0270
dromano@romanolawpllc.com

Frank Melchiore (P41238)
535 Central Avenue, Suite 306
St. Petersburg, FL 33701
(727) 822-5900
(727) 502-0277 (fax)
(727) 739-4412 (direct & vm)
lawfm10@gmail.com

*Attorneys for the Plaintiffs*

DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0545
Fax: (866) 446-1261
bmouzourakis@dykema.com

Michael P. Cooney (P39405)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6955
Fax: (313) 568-6893
mcooney@dykema.com

*Counsel for Defendant
General Motors LLC*

## **CERTIFICATE OF SERVICE**

 I, Daniel A. Edelman, hereby certify that April 9, 2019, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

               /*s/ Daniel A. Edelman*
               Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
David S. Kim
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)