UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY HUDSON and LISA HUDSON, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 18-cv-11574 |
| -vs- | ) ) Hon. Judge Avern Cohn |
| GENERAL MOTORS LLC, | ) ) |
| Defendant. | ) ) |

**ORDER DISMISSING CLAIMS OF PUTATIVE CLASS
IN PLAINTIFFS' FIRST AMENDED COMPLAINT**

This matter having come before the Court on stipulation of the parties and the Court being fully advised in the premises, IT IS ORDERED that all claims of the putative class in Plaintiffs' First Amended Complaint are dismissed without prejudice.

Dated: 4/11/2019

s/Avern Cohn
Hon. Avern Cohn
United States District Judge