U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY HUDSON<br>and LISA HUDSON,<br><br>Plaintiffs,<br><br>-vs-<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 18-cv-11574<br><br>Hon. Judge Avern Cohn<br>Mag. Judge Stephanie Dawkins Davis |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Anthony Hudson and Lisa Hudson and Defendant General Motors, LLC, as evidenced by the signatures of their counsel below, stipulate to dismiss this case, in its entirety, with prejudice, with each side to bear its own costs.

Dated: July 10, 2019

**Approved for entry:**

/s/Daniel A. Edelman
Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
ccombs@edcombs.com

/s/Terri S. Reiskin
Terri S. Reiskin
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8609
Fax: (855) 216-7884
treiskin@dykema.com

Michael P. Cooney
DYKEMA GOSSETT PLLC
400 Renaissance Center

dkim@edcombs.com

Daniel G. Romano (P49117)
Romano Law PLLC
23880 Woodward Ave.
Pleasant Ridge, MI 48069-1133
(248) 750-0270
dromano@romanolawpllc.com

Frank Melchiore (P41238)
535 Central Avenue, Suite 306
St. Petersburg, FL 33701
(727) 822-5900
(727) 502-0277 (fax)
(727) 739-4412 (direct & vm)
lawfm10@gmail.com

*Attorneys for the Plaintiffs*

Detroit, MI 48243
Telephone: (313) 568-6800
mcooney@dykema.com

*Counsel for Defendant
General Motors LLC*

## **CERTIFICATE OF SERVICE**

      I, Daniel A Edelman, hereby certify that July 10, 2019, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                        */s/ Daniel A Edelman*
                                                        Daniel A Edelman

Daniel A. Edelman
Cathleen M. Combs
David S. Kim
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY HUDSON and LISA HUDSON, <br><br> Plaintiffs, <br><br> -vs- <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 18-cv-11574 <br> ) <br> ) Hon. Judge Avern Cohn <br> ) Mag. Judge Stephanie Dawkins Davis <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the court on stipulation of the parties, and the Court being otherwise fully advised in the premises, and good cause having been shown;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case is dismissed in its entirety with prejudice, with each party to bear its own costs.

/s/ _____
District Court Judge

**Approved for entry:**

/s/Daniel A. Edelman
Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

/s/Terri S. Reiskin
Terri S. Reiskin
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8609
Fax: (855) 216-7884
treiskin@dykema.com

(312) 419-0379 (FAX)
dedelman@edcombs.com
ccombs@edcombs.com
dkim@edcombs.com

Daniel G. Romano (P49117)
Romano Law PLLC
23880 Woodward Ave.
Pleasant Ridge, MI 48069-1133
(248) 750-0270
dromano@romanolawpllc.com

Frank Melchiore (P41238)
535 Central Avenue, Suite 306
St. Petersburg, FL 33701
(727) 822-5900
(727) 502-0277 (fax)
(727) 739-4412 (direct & vm)
lawfm10@gmail.com

*Attorneys for the Plaintiffs*

Michael P. Coonery
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6800
mcooney@dykema.com

*Counsel for Defendant*
*General Motors LLC*